IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:   JOSEPH DWIGHT NIXON
         AND DAWANA DENICE NIXON,
         DEBTOR(S)

CHAPTER 13 BANKRUPTCY
CASE NO. 22-51481-KMS

DAVID RAWLINGS, TRUSTEE

## TRUSTEE'S MOTION TO
## <u>MODIFY THE CHAPTER 13 PLAN</u>

COMES NOW, the Chapter 13 Trustee, David Rawlings, by and through his attorney, and files this Motion to Modify the Chapter 13 Plan, and says:

1. That the Trustee has received $615.58 in non-exempt garnished funds, which should be disbursed to the unsecured creditors.

2. That the Confirmed Plan provides the unsecured creditors will be paid 100%.

WHEREFORE, PREMISES CONSIDERED, the Trustee prays relief as set out herein. Further, the Trustee prays for such other relief, either general or specific, as to which this Court may deem meet and proper.

Respectfully submitted,

DAVID RAWLINGS, TRUSTEE

BY: /s/Samuel J. Duncan
    Samuel J. Duncan,
    His Attorney

−1−

–2–

Samuel J. Duncan
Attorney for Chapter 13 Trustee
Post Office Box 566
Hattiesburg, MS 39403-0566
Telephone: (601) 582-5011
Miss. Bar No. 6234

### CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that I have on this day forwarded, via the Court's ecf filing system, a true and correct copy of the foregoing Motion to: the US Trustee, 501 East Court Street, Suite 6-430, Jackson, Mississippi 39201; TC Rollins Jr, PO Box 13767, Jackson, MS 39236; and by US Mail, 1st Class, fully prepaid to prepaid to all parties in interest listed in the attached Mailing Matrix.

So certified on this the 31st day of May, 2023.

                                                                          */s/Samuel J. Duncan*
                                                                            Samuel J. Duncan