IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:   Joseph Dwight Nixon                                    Case No. 22-51481-KMS
         Dawana Denice Nixon, Debtors                                    CHAPTER 13

## NOTICE

 Debtors have filed papers with the court to Modify their Chapter 13 Bankruptcy Plan. **Your rights may be affected.** **You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

 If you do not want the court to amend the Plan, or if you want the court to consider your views on the Motion, then on or before 30 days you or your attorney must:

 File with the court a written request for a hearing at:

U.S. Bankruptcy Clerk
U.S. Bankruptcy Court
P.O. Box 2448
Jackson, MS 39225-2448

 If you mail your request to the court for filing, you must mail it early enough so the court will **receive** it on or before the date state above.

 You must also mail a copy to the debtors' attorney:

The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
(601) 500-5533

 If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief, which shall sustain this Motion to Modify Plan.

Date: July 29, 2025  Signature:  /s/ Thomas C. Rollins, Jr.
                Thomas C. Rollins, Jr. (MSBN 103469)
                Jennifer Ann Curry Calvillo (MSBN 104367)
                The Rollins Law Firm, PLLC
                P.O. Box 13767
                Jackson, MS 39236

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:   Joseph Dwight Nixon                                        Case No. 22-51481-KMS
         Dawana Denice Nixon, Debtors                                      CHAPTER 13

## MOTION TO MODIFY BANKRUPTCY PLAN

COME NOW, Debtors, by and through counsel, and move this Court to modify their Chapter 13 plan, and in support thereof, would show the Court as follows:

1. Debtors commenced this case on December 27, 2022 by filing a voluntary petition for relief under Chapter 13 of Title 11 of the United States Bankruptcy Code.
2. Debtors wish for the following changes to be made to their bankruptcy:
    a. Debtor's 2017 Nissan Altima ("Vehicle") was totaled in an accident
    b. Debtor should surrender the Vehicle to the Creditor, Southeast Auto Financial Services ("Creditor").
    c. Liberty Mutual ("Insurance Company") should turn over all insurance proceeds covering the Vehicle to the Trustee.
    d. Creditor should transfer title of the Vehicle to Insurance Company.
    e. If any funds remain after the Vehicle is paid off, they should be turned over to Debtor to purchase a replacement vehicle.
    f. Trustee should cease ongoing payments to Creditor for the Vehicle.
3. Debtors wish for the Trustee to cure any deficiency including ongoing mortgage payments paid through the plan, if one exists, and adjust the wage order as needed.

WHEREFORE, Debtors pray that their Bankruptcy Plan be modified to reflect the above-mentioned changes and for such additional or alternative relief as may be just and proper.

                                        Respectfully submitted

                                        /s/ Thomas C. Rollins, Jr.
                                        Thomas C. Rollins, Jr. (MS Bar No. 103469)

Of Counsel:
Thomas C. Rollins, Jr.
Jennifer Ann Curry Calvillo
The Rollins Law Firm, PLLC
P.O Box 13767
Jackson, MS 39236

CERTIFICATE OF SERVICE

I, Thomas C. Rollins, Jr., do hereby certify that a true and correct copy of the above and foregoing Notice and Motion to Modify Plan was forwarded on July 29, 2025, to:

By USPS First Class Mail, Postage Prepaid:

    Southeast Auto Financial Services
    12100 Highway 49 Suite 628
    Gulfport MS 39503

    Liberty Mutual
    P.O. Box 5014
    Scranton, PA 18505


By Electronic CM/ECF Notice:

    Chapter 13 Case Trustee

    U.S. Trustee


    /s/ Thomas C. Rollins, Jr.
    Thomas C. Rollins, Jr.

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF MISSISSIPPI

| IN RE: | CASE NO: 22-51481 |
|---|---|
| Joseph Dwight Nixon<br>Dawana Denice Nixon | **DECLARATION OF MAILING**<br>**CERTIFICATE OF SERVICE**<br>Chapter: 13 |

On 7/29/2025, I did cause a copy of the following documents, described below,

Notice and Motion to Modify Plan

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 7/29/2025

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.

The Rollins Law Firm
702 West Pine St
Hattiesburg, MS 39401
601 500 5533
trollins@therollinsfirm.com

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF MISSISSIPPI

| IN RE: | CASE NO: 22-51481 |
|---|---|
| Joseph Dwight Nixon<br>Dawana Denice Nixon | **CERTIFICATE OF SERVICE**<br>**DECLARATION OF MAILING**<br>Chapter: 13 |

On 7/29/2025, a copy of the following documents, described below,

Notice and Motion to Modify Plan

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 7/29/2025

_____
Miles Wood
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Thomas C. Rollins, Jr.
The Rollins Law Firm
702 West Pine St
Hattiesburg, MS  39401

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

| FIRST CLASS | FIRST CLASS |
|---|---|
| SOUTHEAST AUTO FINANCIAL SERVICES<br>12100 HIGHWAY 49 SUITE 628<br>GULFPORT MS 39503 | LIBERTY MUTUAL<br>P.O. BOX 5014<br>SCRANTON PA 18505 |