# Proceeding Minutes / Proceeding Memo

**Case #:** 22-51481     **Case Name:** Joseph Dwight Nixon and Dawana Denice Nixon

**Set:** 10/14/2025 01:30 pm     **Chapter:** 13     **Type:** bk     **Judge** Katharine M. Samson

**matter**   Amended Motion and Notice to Modify Chapter 13 Plan with Certificate of Service Date of Service: 7/30/2025 Filed by Joint Debtor Dawana Denice Nixon, Debtor Joseph Dwight Nixon Objections due 08/29/2025. Note: See Fed. R. Bankr. P. 9006(f). Three additional days may be allowed for qualifying parties. (Attachments: # 1 Proposed Order)  (Dkt. #88)

Response filed by the Trustee (Dkt. #89)

---

   Minute Entry Re: (related document(s): [88] Motion and 30 Day Notice to Modify Plan filed by Dawana Denice Nixon, Joseph Dwight Nixon) Duncan to submit an Agreed Order. Order due by 10/28/2025. Email received from Duncan. (mcc)