United States Bankruptcy Court
Southern District of Mississippi

In re:                                                                                                  Case No. 22-51481-KMS
Joseph Dwight Nixon                                                                      Chapter 13
Dawana Denice Nixon
    Debtors

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0538-6 | User: mssbad | Page 1 of 2 |
| Date Rcvd: Oct 20, 2025 | Form ID: pdf012 | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol        Definition**

+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 22, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Joseph Dwight Nixon, Dawana Denice Nixon, 15 CR 2062, Louin, MS 39338-4112 |
| 5183781 | + | Southeast Auto Financial Services, 12100 Hwy 49 Suite 628, Gulfport, MS 39503-3178 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 22, 2025                              Signature:            /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 20, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| David Rawlings | ecfnotices@rawlings13.net  sduncan@rawlings13.net |
| David Rawlings | on behalf of Trustee David Rawlings ecfnotices@rawlings13.net  sduncan@rawlings13.net |
| Samuel J. Duncan | on behalf of Trustee David Rawlings sduncan@rawlings13.net |
| Thomas Carl Rollins, Jr | on behalf of Debtor Joseph Dwight Nixon trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |

| District/off: 0538-6 | User: mssbad | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Oct 20, 2025 | Form ID: pdf012 | Total Noticed: 2 |

Thomas Carl Rollins, Jr
    on behalf of Joint Debtor Dawana Denice Nixon trollins@therollinsfirm.com
    jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

United States Trustee
    USTPRegion05.JA.ECF@usdoj.gov

TOTAL: 6

_____



**SO ORDERED,**

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: October 20, 2025**

The Order of the Court is set forth below. The docket reflects the date entered.
_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE: JOSEPH DWIGHT NIXON
AND DAWANA DENCIE NIXON,
DEBTOR(S)

CHAPTER 13 BANKRUPTCY
CASE NO. 22-51481-KMS

DAVID RAWLINGS, TRUSTEE

## ORDER ON
## <u>MOTION TO MODIFY PLAN</u>

THIS DAY, THIS CAUSE came on to be considered on the Debtor's Amended Motion to Modify Plan (Docket No. 87/88) and the Trustee's Response thereto (Docket No. 89) in regard to the Secured Claim of Southeast Auto Financial Services (S), which is secured by a 2017 Nissan Altima (a 910 vehicle), and the Court finds that no other Objections/Responses have been filed, and that the Court further finds the Motion should be granted, and the Trustee should disburse the insurance proceeds in accord with this Order.

IT IS, THEREFORE, ORDERED AND ADJUDGED that the Trustee shall disburse, in accord with regular Plan receipts, from the insurance proceeds ($3,565.35) on the subject vehicle, which is surrendered, the balance of the subject Secured Claim, which is currently $3,062.50, plus

any applicable interest at 7%, and upon the receipt of said funds, the title to the subject vehicle shall be released to Liberty Mutual Insurance Company.

IT IS, FURTHER, ORDERED AND ADJUDGED that the remaining balance of the insurance proceeds, if any, shall be disbursed to the Debtor (as a Debtor Refund) to purchase a replacement vehicle.

IT IS, FURTHER, ORDERED AND ADJUDGED that the Plan is so modified, with the Plan payment reduced, as needed, to continue paying 100% of the timely filed and allowed unsecured creditors.

IT IS, FURTHER, ORDERED AND ADJUDGED that this Order shall be considered a final judgment as set forth in Rule 9021 of the Federal Rules of Bankruptcy Procedure and Rule 58 of the Federal Rules of Civil Procedure.

##END OF ORDER##

Agreed/Approved By:

/s/T.C. Rollins, Jr., Attorney
for the Debtor(s)

Submitted and Approved By:

/s/Samuel J. Duncan, Attorney
for Chapter 13 Trustee
PO Box 566
Hattiesburg, MS  39403
(601) 582-5011
Miss. Bar No. 6234
sduncan@rawlings13.net