United States Bankruptcy Court
Southern District of Mississippi

In re:  Case No. 22-51481-KMS
Joseph Dwight Nixon  Chapter 13
Dawana Denice Nixon
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0538-6      User: mssbad      Page 1 of 3
Date Rcvd: Dec 08, 2025      Form ID: ntcds13v      Total Noticed: 31

The following symbols are used throughout this certificate:
**Symbol     Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 10, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Joseph Dwight Nixon, Dawana Denice Nixon, 15 CR 2062, Louin, MS 39338-4112 |
| 5179483 | + | Dorothy Washington, 13 CR 2062, Louin, MS 39338-4112 |
| 5179484 | ++ | EXETER FINANCE LLC, NANNETTE ALAMILLA, 2101 W JOHN CARPENTER FWY, IRVING TX 75063-3228 address filed with court:, Exeter Finance LLC, Po Box 166097, Irving, TX 75016 |
| 5179486 | + | Kimshy Riley, 21415 Abbey Ln, Crest Hill, IL 60403-1492 |
| 5179493 | + | Regina White, 569 Hwy 11, Heidelberg, MS 39439-4960 |
| 5179494 | + | Shurone Washington, 15 CR 2062, Louin, MS 39338-4112 |
| 5179495 | | Southeast Auto Financi, 121 Hwy 49 Ste 628, Gulfport, MS 39503 |
| 5183781 | + | Southeast Auto Financial Services, 12100 Hwy 49 Suite 628, Gulfport, MS 39503-3178 |
| 5179497 | + | TCM of MS, P.O. Box 1945, Corinth, MS 38835-1945 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: AISACG.COM | Dec 09 2025 00:32:00 | Exeter Finance LLC, c/o AIS Portfolio Services, LL, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | | EDI: JEFFERSONCAP.COM | Dec 09 2025 00:32:00 | Jefferson Capital Systems LLC, PO Box 7999, St Cloud, MN 56302-9617 |
| 5179479 | | Email/Text: bankruptcy@1ffc.com | Dec 08 2025 19:30:00 | 1st Franklin Financial, 6335 Us Hwy 49, Ste 20, Hattiesburg, MS 39401 |
| 5179480 | + | Email/Text: lcarson@hatlawfirm.com | Dec 08 2025 19:30:00 | Atwood Rentals, P.O. Box 489, Milan, TN 38358-0489 |
| 5180696 | + | Email/Text: ebnnotifications@creditacceptance.com | Dec 08 2025 19:30:00 | CREDIT ACCEPTANCE CORPORATION, 25505 W 12 MILE ROAD, SUITE 3000, SOUTHFIELD, MI 48034-8331 |
| 5179481 | + | Email/Text: ebnnotifications@creditacceptance.com | Dec 08 2025 19:30:00 | Credit Acceptance, Po Box 5070, Southfield, MI 48086-5070 |
| 5179482 | + | EDI: CCS.COM | Dec 09 2025 00:32:00 | Credit Collection Svcs, Po Box 607, Norwood, MA 02062-0607 |
| 5227623 | | Email/Text: ECMCBKNotices@ecmc.org | Dec 08 2025 19:30:00 | ECMC, PO Box 16408, St. Paul, MN 55116-0408 |
| 5179484 | | Email/Text: exeter@ebn.phinsolutions.com | Dec 08 2025 19:30:00 | Exeter Finance LLC, Po Box 166097, Irving, TX 75016 |
| 5185293 | + | EDI: AISACG.COM | Dec 09 2025 00:32:00 | Exeter Finance LLC, c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept APS, Oklahoma City, OK 73118-7901 |
| 5179485 | | EDI: JEFFERSONCAP.COM | Dec 09 2025 00:32:00 | Jefferson Capital Sys, 16 McLeland Rd, Saint Cloud, MN 56303 |

| District/off: 0538-6 | User: mssbad | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Dec 08, 2025 | Form ID: ntcds13v | Total Noticed: 31 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 5202236 | | EDI: JEFFERSONCAP.COM | Dec 09 2025 00:32:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 5179488 | | Email/Text: EBN@Mohela.com | Dec 08 2025 19:30:00 | Mohela, 633 Spirit Drive, Chesterfield, MO 63005 |
| 5182291 | + | Email/Text: Bankruptcy@nslp.org | Dec 08 2025 19:30:00 | MOHELA/NSLP, NSLP, 1300 O Street, Lincoln NE 68508-1511 |
| 5179489 | | EDI: MSDOR | Dec 09 2025 00:32:00 | MS Dept of Revenue, Bankruptcy Section, PO Box 22808, Jackson, MS 39225-2808 |
| 5179490 | + | Email/Text: constance.morrow@mdhs.ms.gov | Dec 08 2025 19:30:00 | MSDHS, Attn: Constance Morrow, PO Box 352, Jackson, MS 39205-0352 |
| 5179487 | + | Email/Text: bankruptcy@marinerfinance.com | Dec 08 2025 19:30:00 | Mariner Finance, 8211 Town Center Dr, Nottingham, MD 21236-5904 |
| 5179491 | + | EDI: AGFINANCE.COM | Dec 09 2025 00:32:00 | OneMain Financial, Po Box 1010, Evansville, IN 47706-1010 |
| 5184314 | | EDI: AGFINANCE.COM | Dec 09 2025 00:32:00 | OneMain Financial Group, LLC, OneMain, PO Box 3251, Evansville, IN 47731-3251 |
| 5179492 | + | Email/Text: ecfbankruptcy@progleasing.com | Dec 08 2025 19:30:00 | Progressive, 10619 S Jordan Gateway, Ste 100, South Jordan, UT 84095-4446 |
| 5181490 | + | Email/Text: enotifications@santanderconsumerusa.com | Dec 08 2025 19:30:00 | SANTANDER CONSUMER USA, Inc., 1601 Elm St., Suite 800, Dallas, TX 75201-7260 |
| 5179496 | + | Email/Text: member.solutions@sunbeltfcu.org | Dec 08 2025 19:30:00 | Sunbelt Federal Credit Union, 6885 US Highway 49 #3, Hattiesburg, MS 39402-7807 |
| 5182425 | + | Email/Text: accounts@tcmcollects.com | Dec 08 2025 19:30:00 | TCM, INC., PO Box 1945, Corinth, MS 38835-1945 |

TOTAL: 23

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | * | ECMC, PO Box 16408, St. Paul, MN 55116-0408 |
| 5331495 | *+ | Exeter Finance LLC, c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5194849 | *+ | Mariner Finance, LLC, 8211 Town Center Drive, Nottingham, MD 21236-5904 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 10, 2025         Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 8, 2025 at the address(es) listed below:**

| District/off: 0538-6 | User: mssbad | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Dec 08, 2025 | Form ID: ntcds13v | Total Noticed: 31 |

| Name | Email Address |
|---|---|
| David Rawlings | ecfnotices@rawlings13.net sduncan@rawlings13.net |
| David Rawlings | on behalf of Trustee David Rawlings ecfnotices@rawlings13.net sduncan@rawlings13.net |
| Samuel J. Duncan | on behalf of Trustee David Rawlings sduncan@rawlings13.net |
| Thomas Carl Rollins, Jr | on behalf of Debtor Joseph Dwight Nixon trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| Thomas Carl Rollins, Jr | on behalf of Joint Debtor Dawana Denice Nixon trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |

TOTAL: 6

Form ntcds13v (12/23)

# UNITED STATES BANKRUPTCY COURT
## Southern District of Mississippi

Case No.: 22−51481−KMS
Chapter: 13

In re:

| | |
|---|---|
| Joseph Dwight Nixon | Dawana Denice Nixon |
| 15 CR 2062 | aka Dawana D Washington |
| Louin, MS 39338 | 15 CR 2062 |
| | Louin, MS 39338 |

Last four digits of Social−Security or Individual Tax−Payer−Identification (ITIN) No(s)., (if any):
  xxx−xx−1669                                                                                  xxx−xx−0801

Employer Tax Identification No(s). (if any):

## Notice of Dismissal

   You are hereby notified that on 12/04/2025, Joseph Dwight Nixon & Dawana Denice Nixon (the "Debtors") filed a Motion to Dismiss the above case pursuant to 11 U.S.C. § 1307(b) (the "Motion") (Dkt. # 99). On 12/08/2025, the court entered an *ex parte* order (Dkt. # 100) granting the Debtors' Motion.

   Pursuant to Miss. Bankr. L.R. 1017−1(f)(2)(C) any party in interest may file an objection to the Debtors' Motion within 14 days of entry of the order. Upon consideration of any objection timely filed, the court may, at its discretion, conduct a hearing or rule on the matter without a hearing.

Dated: 12/8/25

Danny L. Miller, Clerk of Court
Dan M. Russell, Jr. U.S. Courthouse
2012 15th Street, Suite 244
Gulfport, MS 39501
228−563−1790